# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WARREN HENDRIX,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　Defendant. | NO: 2:17-CV-32-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), ECF No. 16.  Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

　　1. Plaintiff's Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), **ECF No. 16**, is **APPROVED**.  Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

　　2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  3. All scheduled court hearings, if any, are **STRICKEN**.

2  **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

3  Order, provide copies to counsel, and **close this case**.

4  **DATED** May 26, 2017.

                                            *s/ Rosanna Malouf Peterson*
                                            ROSANNA MALOUF PETERSON
                                              United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2